**7 PAGE(S)**
(INCLUDING COVER SHEET)

**LAW OFFICES OF JAMES A. ALEXANDER**
1470 Maria Lane, Suite 305
Walnut Creek, CA 94596
Telephone: (925) 934-6800
Facsimile: (925) 934-1894

## FAX COVER SHEET

# IMMEDIATE ATTENTION REQUESTED

| | |
|---|---|
| DATE: | October 13, 2005 |
| TO: | J. Weill - Tax Division |
| COMPANY: | U.S. Attorney's Office |
| Re: | IRS Levy/ ID Nos. 560450776, 560456551 - $855,057.03 |
| | *Aluisi v. Kolkka* - Judgment in favor of Delinquent Taxpayer |
| | Fresno County Superior Court Case No. 04CECG00009 |
| | *Aluisi, et al. v. Kolkka, et al.* (Interpleader) |
| | Fresno County Superior Court Case No. 05CECG03012 |
| FAX NUMBER: | (415) 436-6748 |
| TELEPHONE: | (415) 436-7200 |
| FROM: | James A. Alexander, Esq. |
| COMMENTS: | **IMMEDIATE ATTENTION REQUESTED** |

We have deposited $515,267.22 with the court to meet the IRS levy. At 3:30 p.m. today, October 13, 2005, the opposing attorneys will attempt to take $358,588.22 of that money.

Since this issue cannot be resolved by a state court judge, your immediate assistance is requested. We do not think that the attorneys are entitled to these funds, but our ability to object may be limited. The department does have CourtCall for telephonic appearance, 1-888-882-6878. Please advise.

Thank you for your consideration.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

COPY

1  James A. Alexander, Esq., State Bar No. 117978
   LAW OFFICES OF JAMES A. ALEXANDER
2  1470 Maria Lane, Suite 305
   Walnut Creek, California 94596
3  Telephone:   (925) 934-6800
   Telecopier:  (925) 934-1894
4
   Attorneys for Plaintiffs
5  DONALD G. ALUISI
   and DONALD ALUISI
6

FILED
SEP 2 2 2005
FRESNO COUNTY SUPERIOR COURT
BY_____
         K.C. DEPUTY

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  IN AND FOR THE COUNTY OF FRESNO

10

11 DONALD G. ALUISI, and DONALD        )   No.   05 CE CG 0 3 0 1 2
   ALUISI                              )
12                                     )
         Plaintiffs,                   )
13                                     )
         v.                            )
14                                     )   COMPLAINT IN
   RONALD KOLKKA, FRAN KOLKKA,         )   INTERPLEADER
15 RICHARD A. BELARDINELLI,            )
   C. RUSSELL GEORGESON,               )       This case has been assigned to
16 GEORGESON AND BELARDINELLI,         )   Judge Alan M. Simpson for all purposes
   INTERNAL REVENUE SERVICE, and       )
17 DOES 1-50                           )
                                       )
18       Defendants.                   )                    BY FAX
                                       )
19 _____)

20
                        NOTICE OF RELATED ACTION
21
          This interpleader arises from payment of a judgment in Fresno County Superior
22
   Court, case number 04CECG00009; that case, number 04CECG00009, is specially assigned
23
   to an out of county judge, The Honorable Judge John J. Golden, because of disqualifications.
24
                          COMPLAINT IN INTERPLEADER
25
       Plaintiffs allege:
26
   1. Defendants RONALD KOLKKA, FRAN KOLKKA, RICHARD A. BELARDINELLI, C.
27
   RUSSELL GEORGESON, and GEORGESON AND BELARDINELLI are, and at all times
28

1
COMPLAINT IN INTERPLEADER

1. mentioned herein were, residents of Fresno County. Defendant INTERNAL REVENUE SERVICE (hereinafter 'IRS') is a part of the federal government Department of the Treasury, with offices in Fresno County; the IRS has served and filed a Notice of Levy to plaintiffs, and all other defendants, as well as providing the Notice of Levy to the Fresno County Superior Court, claiming funds be paid directly to the IRS from amounts owing to defendants Ronald Kolkka and Fran Kolkka.

2. Defendants Doe 1 through Doe 50, inclusive, are sued herein under fictitious names. Their true names and capacities are unknown to plaintiffs. When their true names and capacities are ascertained, plaintiffs will amend this complaint by inserting their true names and capacities herein. Plaintiff is informed and believes, and thereon alleges that each of these fictitiously named defendants is making or has a claim to the funds or obligation herein described which is conflicting with the claims of defendants herein and which may subject plaintiffs to vexatious litigation with respect to such funds or obligation.

3. Plaintiffs are the judgment debtors to defendants Ronald Kolkka and Fran Kolkka (hereinafter 'Kolkkas') in Fresno County Superior Court case number 04CECG00009. Under this judgment, plaintiffs have a money obligation to the Kolkkas, currently in the amount of $434,439.22, inclusive of costs, interest and attorney fees, and such other amounts as may be subsequently awarded by the court.

4. Defendants RONALD KOLKKA, FRAN KOLKKA, RICHARD A. BELARDINELLI, C. RUSSELL GEORGESON, and GEORGESON AND BELARDINELLI, Does 1-50, and the IRS, have made claims and demands on plaintiffs for the payment of the amount due under the judgment in Fresno County Superior Court case number 04CECG00009. In approximately 1996 the IRS filed with the County of Fresno a federal tax lien against the Kolkkas, and the IRS has served a 'Notice of Levy' demanding plaintiffs to surrender to the IRS the total amount of the judgment payable to the Kolkkas in Fresno County Superior Court case number 04CECG00009, because of a tax delinquency of the Kolkkas in the amount of $855,057.03. The Kolkkas have demanded payment of the entire judgment amount against plaintiffs by undertaking various enforcement remedies available to a

2
COMPLAINT IN INTERPLEADER

1  judgment creditor, including demands for payment, and the filing of Abstracts of Judgment,
2  and Lien claims with the California Secretary of State.   RICHARD A. BELARDINELLI,
3  C. RUSSELL GEORGESON, and GEORGESON AND BELARDINELLI, counsel for the
4  Kolkkas, have asserted their own claim to the judgment funds by asserting a claim of lien on
5  the judgment funds, although they have not produced any form of written lien to plaintiffs.
6  5. Plaintiffs are indifferent with respect to which defendants should be paid the judgment
7  funds, and plaintiffs claim no interest in the judgment funds to be paid.
8  6. The respective claims made by defendants are adverse and conflicting and are made
9  without plaintiffs' collusion. Plaintiffs are unable to safely determine which of the claims are
10 valid.
11 7. With the assignment of a case number to this complaint in intervention, plaintiffs are
12 depositing the sum of $435,439.22, in payment of the judgment owing in Case No.
13 04CECG00009, by payment to the clerk of this court; the payment being submitted to the
14 clerk of the court is in excess of the amount currently owed under the judgment, so that
15 plaintiffs can immediately obtain an Acknowledgment of Satisfaction of Judgment from the
16 Kolkkas and their counsel, without any dispute or claim of an insufficient payment of the
17 judgment and interest amounts owed.  If the court in Case No. 04CECG00009 assigns any
18 subsequent amount to the judgment, then plaintiffs will make payment of any such
19 additional amounts by depositing the amounts due under the judgment with the clerk of this
20 court for disposition under this complaint in interpleader.
21 8. Defendants have already taken steps against plaintiffs on their respective claims, and
22 threaten further action on their respective claims, and plaintiffs fear that unless restrained
23 by an order of the court, these defendants will file further judgment enforcement
24 proceedings, and other actions on their claims.  Therefore it is necessary to restrain the
25 commencement or prosecution of those actions against plaintiffs and to restrain the filing of
26 those actions which have been threatened to be filed, in order to prevent plaintiffs from
27 facing vexatious litigation with respect to payment of the above described judgment
28 obligation.

3
COMPLAINT IN INTERPLEADER

1  9. Plaintiffs have attempted to secure the cooperation of each of the defendants to resolve
2  their claims, but the claims remain unresolved. Plaintiffs have incurred attorney fees and
3  costs as a result of these proceedings, and the filing and resolution of this complaint in
4  interpleader.

5        WHEREFORE, plaintiffs pray judgment against defendants, and each of them, as
6  follows:

7        1. That defendants be ordered to interplead and litigate their respective rights to the
8  above described funds.

9        2. That plaintiffs be discharged from any and all liability on account of the claims of
10  each of the defendants.

11        3. That defendants be restrained from enforcement of the judgment in Fresno
12  County Superior Case No. 04CECG00009, and restrained from prosecution of their actions
13  against plaintiffs on their respective claims, and that defendants be restrained from
14  instituting any actions against plaintiffs on their respective claims.

15        4. That plaintiffs be awarded costs and reasonable attorney fees to be determined by
16  the court and to be paid out of the money deposited with the court; and

17        5. Such other and further relief as the court may deem proper.

18

19  DATED: September 22, 2005      Respectfully submitted,

20                           LAW OFFICES OF JAMES A. ALEXANDER

21

22                           By: _____
                            JAMES A. ALEXANDER
                         Attorneys for Plaintiffs
23                           DONALD G. ALUISI and DONALD ALUISI

24

25

26

27

28

4
COMPLAINT IN INTERPLEADER

RICHARD A. BELARDINELLI 065168
C. RUSSELL GEORGESON 53589
GEORGESON AND BELARDINELLI
Attorneys At Law
The Atrium Building
1111 East Herndon, Suite 217
Fresno, CA 93720
Telephone: (559) 447-8800
Facsimile: (559) 447-0747

Attorneys for Defendants, RICHARD A BELARDINELLI, C. RUSSELL GEORGESON and GEORGESON AND BELARDINELLI

## THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF FRESNO

\*\*\*

| | |
|---|---|
| DONALD G. ALUISI and DONALD ALUISI, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD KOLKKA, FRAN KOLKKA, RICHARD A. BELARDINELLI, C. RUSSELL GEORGESON, GEORGESON AND BELARDINELLI, INTERNAL REVENUE SERVICE, AND DOES 1-50, inclusive <br><br> Defendants. | CASE NO. 05 CE CG 03012 AMS <br><br> POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION FOR PAYMENT OF DEPOSITED FUNDS AND ORDER DIRECTORY PAYMENT OF FUNDS DEPOSITED <br><br> DATE:   October 13, 2005 <br> TIME:   3:30P.M. <br> DEPT:   72 <br><br> Action Filed: September 22, 2005 |

Plaintiff deposited $435,439.22 with the court in this action. Plaintiffs disclaim any interest in the money. Defendants agree on the disposition of the money deposited. See Declarations C. Russell Georgeson and Exhibits attached thereto an, waiver of claim to $76, 851.00 by Defendants Georgeson and Belardinelli, Richard A. Belardinelli and C. Russell Georgeson.

October 6, 2005 the Court issued a Judgment order in action No: 04 CE CG 00009 for Plaintiff to pay an additional $81,743.87 in attorney fees and costs (¶13 and Exhibit 6 Declaration C.

Page No. 1

Russell Georgeson)  Plaintiffs have alleged these monies will be deposited in this action. (¶3 Declaration C. Russell Georgeson)

This motion and order are necessary to have in place court-ordered distribution of the money deposited ($435,439.22) before the KOLKKAS file bankruptcy, to save unnecessary waste of the court's time and to recognize the First Priority Security Interest and Lien upon attorney fees and costs held by Georgeson and Belardinelli, attorneys at law upon these funds in the amount of $358,588.22. (Declaration C. Russell Georgeson ¶'s 8, 9-10 and Exhibit 5)

DATED: October 13, 2005.                GEORGESON AND BELARDINELLI

By_____
C. RUSSELL GEORGESON
Attorneys for Defendants, RONALD
KOLKKA, FRAN KOLKKA, RICHARD A.
BELARDINELLI. C.RUSSELL GEORGESON,
And GEORGESON AND BELARDINELLI