McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. ALUISI, and DONALD ALUISI,<br><br>           Plaintiffs,<br><br>      v.<br><br>RONALD KOLKKA, FRAN KOLKKA,<br>RICHARD A. BELARDINELLI,<br>C. RUSSELL GEORGESON,<br>GEORGESON AND BELLARDINELLI,<br>INTERNAL REVENUE SERVICE, and<br>DOES 1-50,<br><br>           Defendants. | Civil No. F-05-CV-01303 AWI SMS<br><br>**INITIAL EX PARTE REQUEST FOR ORDER CONTINUING SCHEDULING CONFERENCE, and ORDER**<br><br>Old Date & Time: 12/6/2005 at 9:15a.m.<br>       before Judge Snyder<br><br>NEW DATE & TIME:<br>JANUARY 24, 2006 AT 9:15 A.M.<br>before Judge Snyder |

The United States requests that the scheduling conference in this case set for December 6, 2005, at 9 a.m. before the Honorable Magistrate Judge Sandra M. Snyder be continued to a date approximately 30 days later. All defendants are in agreement with this request, and plaintiff has not yet responded to a contact.

Defendants Ronald D. Kolkka and Fran Kolkka filed a voluntary Chapter 7 petition in bankruptcy on October 14, 2005, with the United States Bankruptcy Court for the Eastern District of California, Case No. 05-62248-B-7. The property at issue in this interpleader case is property of the bankruptcy estate of the Kolkkas. This action is stayed as a matter of law. 11 U.S.C. § 362(a)(3). Any action to further this case subjects the parties to the possibility of liability for damages for violation of the automatic stay. *In Re Grogg,* 295 B.R. 297 (Bankr. C.D. Ill 2003) (filing interpleader with respect to property of the estate violates stay).

The plaintiff and defendants Georgeson and Belardinelli have filed motions to lift the automatic stay in bankruptcy, with hearings scheduled for December 14, 2005, with respect to this interpleader suit. The motions are thus far unopposed. Once granted, this action can go forward.

Initial ex parte requests to extend time are permitted under Local Rule 6-144(c). The undersigned counsel respectfully requests an order continuing the Scheduling Conference.

Dated:  November 30, 2005        /s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

### ORDER

**IT IS ORDERED THAT** the scheduling conference set for December 6, 2005, at 9 a.m. before the Honorable Magistrate Judge Sandra M. Snyder is continued to January 24 , 2006 at 9:15a.m.. All other terms of the initial order remain in effect.

IT IS SO ORDERED.

**Dated:   November 30, 2005**            /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE

-2-