Michael T. Hertz, #97617
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\SMS\To_Be_Signed\05cv01303.o.Aluisi.MTH-Ex-Parte-Mtn-Sub-Trustee.wpd:dl

Attorneys for Trustee

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. ALUISI and DONALD ALUISI,<br><br>            Plaintiffs,<br><br>     v.<br><br>RONALD D. KOLKKA, FRAN KOLKKA, RICHARD A. BELARDINELLI, C. RUSSELL GEORGESON, GEORGESON AND BELARDINELLI, INTERNAL REVENUE SERVICE, and DOES 1-50,<br><br>            Defendants. | Case No. 1:05-CV-01303 AWI SMS<br><br>**EX PARTE MOTION FOR SUBSTITUTION BY ROBERT HAWKINS, CHAPTER 7 TRUSTEE, UNDER F.R.CIV.PRO. RULE 25(c) AND ORDER APPROVING SAME** |

TO: THE HONORABLE SANDRA SNYDER, UNITED STATES MAGISTRATE JUDGE:

Robert Hawkins, Chapter 7 ("Trustee"), in the Chapter 7 case of Ronald D. Kolkka and Fran Kolkka (collectively "Debtors"), case number 05-62248-B-7, before the United States Court, Eastern District of California, respectfully moves the Court as follows:

1.  Trustee is the duly appointed and qualified Chapter 7 Trustee in Chapter 7 case number 05-62248-B-7.

///

///

1   2.   The bankruptcy court has entered an order granting relief from the automatic stay and authorizing the trustee to intervene, should he so choose, in case number F-05-CV 01303 AWI SMS.

3.   Trustee may move the Court under F.R.Civ.Pro. Rule 25(c) to be substituted in for the Debtors, in that their interests have been transferred to the bankruptcy estate. <u>Bauer v. Commerce Union Bank</u>, 859 F.2d 438, 441-42 (6th Cir. 1988).

4.   Accompanying this motion is a separate stipulation of the parties in the within proceeding, together with a proposed order.  In order to move the Court for the entry of the order in accordance with the stipulation, Trustee needs to be substituted for the Debtors.

5.   All parties in interest save and except for the Debtors have signed the stipulation.   Therefore, it would appear appropriate to submit the motion for substitution of the Trustee for the Debtors on an ex-parte basis to the Court.

6.   A copy of this motion and of the stipulation is being served on all parties in interest, including the Debtors, through counsel.

///
///
///
///
///
///
///
///

1 | WHEREFORE, Trustee, through counsel, prays that this Court
2 | order that he be substituted in place and stead of Ronald T. Kolkka
3 | and Fran Kolkka.
4 | Dated: July 27, 2006.          LANG, RICHERT & PATCH

By: /s/ Michael Terry Hertz
Michael Terry Hertz
Attorneys for Trustee

IT IS SO ORDERED.

**Dated:   August 9, 2006**          **/s/ Sandra M. Snyder**
icido3                     UNITED STATES MAGISTRATE JUDGE

Ex Parte Motion for Substitution By     -3-
Robert Hawkins ...