Michael T. Hertz, #97617
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\SMS\To_Be_Signed\05cv01303.stipo.Aluisi.funds.agree-Ord.wpd

Attorneys for Trustee

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. ALUISI and DONALD ALUISI,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RONALD D. KOLKKA, FRAN KOLKKA, RICHARD A. BELARDINELLI, C. RUSSELL GEORGESON, GEORGESON AND BELARDINELLI, INTERNAL REVENUE SERVICE, and DOES 1-50,<br><br>　　　　　　Defendants. | Case No. 1:05-CV-01303 AWI SMS<br><br>**ORDER UPON STIPULATION OF PARTIES FOR TRANSFER OF FUNDS** |

　　　Upon the Stipulation of DONALD G. ALUISI and DONALD ALUISI ("Aluisi"), GEORGESON AND BELARDINELLI, RICHARD A. BELARDINELLI, and C. RUSSELL GEORGESON (collectively "G&B"), UNITED STATES INTERNAL REVENUE SERVICE ("IRS") and ROBERT HAWKINS, Chapter 7 Trustee for RONALD and FRAN KOLKKA ("Trustee"), and good cause being shown,

　　　IT IS HEREBY FOUND AND ORDERED as follows:

　　　1.　This case was removed to this Court from Fresno County Superior Court, Case No. 05 CE CG 03012.

Order Transferring Funds　　　　　　-1-

2.     This Court has jurisdiction over all the parties entering into the Stipulation.

3.     The parties have agreed that Aluisi deposited $515,267.22 into Fresno County Superior Court at the time that this action was commenced there and before removal to this Court.

4.     The parties have stipulated that the funds on deposit with Fresno County Superior Court shall be transferred to Trustee and held in a blocked, interest-bearing account, subject to further order by the United States Bankruptcy Court, Eastern District of California, in Case No. 05-62248-B-7.

5.     Trustee, acting through counsel or individually, is authorized to request transfer of the funds held by Fresno County Superior Court in Case No. 05 CE CG 03012 to Trustee to be held in a blocked, interest-bearing account by Trustee subject to further order by the United States Bankruptcy Court in Case No. 05-62248-B-

6.     Fresno County Superior Court is authorized to transfer the funds it holds in connection with the proceeding removed from it to this Court to Trustee in accordance herewith.

IT IS SO ORDERED.

**Dated:   August 11, 2006**            **/s/ Sandra M. Snyder**
icido3                                  UNITED STATES MAGISTRATE JUDGE