1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONALD G. ALUISI and DONALD ALUISI,** ) <br> ) <br> **Plaintiff**s, ) <br> ) <br> v. ) <br> ) <br> **RONALD KOLKKA, FRAN KOLKKA,** ) <br> **RICHARD A. BELARDINELLI,** ) <br> **C. RUSSELL GEORGESON,** ) <br> **GEORGESON AND BELLARDINELLI,** ) <br> **INTERNAL REVENUE SERVICE, and** ) <br> **DOES 1 through 50,** ) <br> ) <br> **Defendant**s ) <br> _____) | CV F 05-1303 AWI SMS <br><br> **ORDER VACATING HEARING DATE OF SEPTEMBER 18, 2006, AND TAKING MOTIONS TO DISMISS UNDER CONSIDERATION** |

On July 21, 2006, Plaintiff moved for discharge from interpleader and for award of fees and costs.  The matter was scheduled for oral argument to be held September 18, 2006. The Court has reviewed Plaintiffs' motion, the opposition of defendants United States, Robert Hawkins, Chapter 7 Trustee of the Kolkka bankruptcy estate, and individual defendants Richard Belardinelli and C. Russell Georgeson, and Plaintiffs' reply.  The court has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 18, 2006, is VACATED, and no party shall appear at that time.  As of September

18, 2006, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **September 13, 2006**                       **/s/ Anthony W. Ishii**
h2ehf                                                                   UNITED STATES DISTRICT JUDGE