1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONALD G. ALUISI and DONALD ALUISI,** ) | **CV F 05-1303 AWI SMS** |
| ) | |
| **Plaintiff**s,   ) | **ORDER ON STIPULATION OF DISTRIBUTION FROM INTERPLEADER AND ENTRY OF FINAL JUDGMENT** |
| ) | |
| **v.**   ) | |
| ) | |
| **RONALD KOLKKA, FRAN KOLKKA,** ) | |
| **RICHARD A. BELARDINELLI,** ) | |
| **C. RUSSELL GEORGESON,** ) | **[Document # 49]** |
| **GEORGESON AND BELLARDINELLI,** ) | |
| **INTERNAL REVENUE SERVICE, and** ) | |
| **DOES 1 through 50,** ) | |
| ) | |
| **Defendant**s   ) | |
| _____ ) | |

In this action in interpleader, plaintiffs Donald G. Aluisi and Donald Aluisi deposited

a sum of money with the court to satisfy a judgment against them by defendants Ronald and

Fran Kolkka (collectively "Kolkka") and interpled other claimants to this action.  The funds

deposited by Kolkka represent the major cash asset of the bankruptcy estate of Kolkka. The

interpled sum is held by Robert Hawkins, Chapter 7 trustee of the Kolkka bankruptcy estate

and Plaintiff in this interpleader action.  Defendants United States and the law firm of

Georgeson and Bellardinelli ("G&B") assert priority and super-priority claims, respectively,

over the interpleader funds.  On September 29, 2006, the court denied without prejudice

Plaintiff's motion for attorney fees and dismissal from the interpleader action.  In that order,

the court noted the only issue in contention in this action was whether Plaintiff was entitled to

1   attorney fees.  In the instant motion, G&B requests the court order distribution from

2   interpleader according to the stipulated agreement of the interpled defendant parties and that

3   the court order entry of final judgment.  Any opposition to G&B's motion was due not later

4   than January 8, 2007.  No opposition has been submitted as of the date of this order.

5          G& B alleges, and no other party disputes, that Trustee currently holds the sum of

6   $515,267.22, plus accrued interest in the interpleader fund.  Defendants United States, G&B

7   and the two individual defendants entered into a stipulation regarding the allocation of the

8   interpled funds between them.  No party has objected to the stipulated allocation of the funds

9   and Trustee is not aware of any other assets presently in the Kolkka bankruptcy estate.  G&B

10  also  alleges, again without dispute, that there is no pending proceeding before this court that

11  would alter the distribution of funds from what has been stipulated.

12

13         Therefore, good cause and no opposition appearing, it is HEREBY ordered that the

14  trustee of the interpleader fund distribute the amount presently in the fund  according to the

15  stipulated agreement of the parties as follows:

16  1.      $424,328.72 plus ratable interest to Georgeson and Belardinelli;

17  2.      $20,000.00 to Trustee;

18  3.      Balance of the fund, consisting of approximately $70,938.50, plus ratable interest to

19          defendant Internal Revenue Service.

20

21  IT IS SO ORDERED.

22  **Dated:    January 22, 2007**                        _____/s/ Anthony W. Ishii_____
    0m8i78                                              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28                                              2